Timothy S Daubert  Pro Se                          A-1 Tours and Travel (Defendant)

P.O. Box 371                                       2000 N. Woodland

Lindsay, Ca. 93247          **FILED**             Visalia, Ca. 93277

(559) 562-8041                                     (559) 627-6358

                            MAY 1 8 2006

05-16-2006                  CLERK, U.S. DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA
                            BY_____
                                 DEPUTY CLERK              1:   0 6 CV 0 0 6 1 2 OWW SMS PS

My name is Timothy S Daubert. I am the disability advocate in and for the disabled of

Tulare County. I am filing this lawsuit against A-1 tours and travel for discriminating

against me and other disabled persons. And for violating Title 3 of the Americans

with Disabilities Act. 1990. for the reasons I have stated below.

1. I called A-1 Tours and travel on March 12 2006 and again on May 16 2006 and I

   was told that I could only go on any tours that they offer if I could walk up the

   stairs I told them I could not and the person their told me I could go to orange belt

   or Greyhound and get to where I wanted to go

2. A-1 Tours and Travel deny tours to various cities to the disabled person like me

   who cannot climb the stairs into the chartered buses. Even though they allow

   walking people. This is discrimination. And is in violation of the Americans with

   Disabilities Act. 1990

3. They have had this policy for many years and have failed to change their policies

   even though they have been told they are in violation.

4. Since 2002 all Transit and Tour buses are required to be handicapped accessible

   but A-1 Tours and Travel still will not provide handicapped Buses for the disabled

   so they too can go on the same tours as walking people can.

Therefore I believe that I have been discriminated against and denied services because of my disabilities. And I ask the Federal Judge to force A-1 Tours and Travel to change their policies toward the disabled and force them to have handicapped buses for the disabled on the tours they offer. And to grant me relief in the amount of $100,000. For the many years of the Title 3 violation. And grant me substantial relief in the amount $500,000.00 for discrimination. Or the amount of relief the Federal Judge deems reasonable.

Date: 05-16-2006

Timothy S Daubert