UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:06-cv-00612-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER EITHER TO FILE WITHIN |
| | ) | FIFTEEN DAYS OF SERVICE OF THIS |
| | ) | ORDER AN AMENDED COMPLAINT OR |
| v. | ) | NOTICE, OR, IN THE ALTERNATIVE, |
| | ) | TO SHOW CAUSE WHY THE COURT |
| A-1 Tours and Travel, | ) | SHOULD NOT RECOMMEND THAT THE |
| | ) | ACTION BE DISMISSED (DOC. 5) |
| Defendant. | ) | |
| | ) | |

   Plaintiff is proceeding pro se with an action for damages concerning alleged violations of the Americans with Disabilities Act. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   By order dated June 8, 2006, the Court screened Plaintiff's original complaint filed on May 18, 2006, and Plaintiff was given leave to file a first amended complaint or to file a statement of intention to proceed with respect to a portion of the original complaint. The deadline was thirty days after June 8, 2006, the date of service of that order on Plaintiff. Plaintiff has not filed either a first amended complaint or a notice of intention

1

to proceed on the originally filed complaint. The Court notes that the docket reflects that on August 2, 2006, counsel substituted in for Plaintiff.

No later than fifteen days after the date of this order, Plaintiff shall either 1) file a first amended complaint or statement of intention to proceed on a portion of the original complaint, or 2) show cause why the undersigned Magistrate Judge should not recommend to the District Judge that Plaintiff's case be dismissed for failure to comply with an order of the Court and to prosecute this action.

Further, Plaintiff IS INFORMED that a failure to file a statement of intention to proceed on the original complaint or an amended complaint in a timely manner, or to seek an extension of time before the due date, will be considered a failure to comply with an order of the Court and will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:    August 7, 2006**                          **/s/ Sandra M. Snyder**
icido3                                                UNITED STATES MAGISTRATE JUDGE