CENTER FOR DISABILITY ACCESS, LLP
M. ERIC PARKAN, ESQ., SBN 35687
MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988
(760) 480-4162
Fax: (760) 480-4170

FILED
MAY 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorney for Plaintiff, TIMOTHY DAUBERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DAUBERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LINDA JO PALERMO, DOING BUSINESS AS A-1 TOURS & TRAVEL, and DOES 1 through 100, inclusive<br><br>　　　　Defendants. | Case No.: 1:06-CV-00612-OWW-SMS<br><br>**PLAINTIFF'S EXPARTE APPLICATION FOR ENLARGEMENT OF TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND ORDER THEREON** |

Plaintiff TIMOTHY DAUBERT, through his attorneys of record, hereby applies to this Honorable Court for an enlargement of time, under Rule § 6(b)(1) of the Federal Rules of Civil Procedure, in which to serve the Summons and Complaint on the Defendant. Plaintiff had filed this case initially as an attorney in pro se. Plaintiff then engaged representation by undersigned counsel, who prepared and filed a First Amended Complaint.

Through inadvertent error, counsel had not realized that Defendants had never been served. Plaintiff's counsel has sent the Summons and First Amended Complaint to his attorney service for rush service on the Defendant. For the reasons stated herein,

Plaintiff did not effectuate service within the 120 day period prescribed by the code.

The Plaintiff, therefore, asks this Court to grant an extension of time to effectuate service pursuant to the provisions of Section § 6 (b) of the Federal Rules of Civil Procedure.

For the reasons stated herein, the Plaintiff respectfully requests that this Court enlarge the time for service of the summons and complaint.

Dated: April 16, 2007                    CENTER FOR DISABILITY ACCESS, LLP

By: _____
    MARK D. POTTER
    Attorneys for Plaintiff

## ORDER

The Court having read and considered the Plaintiff's Exparte Application for Enlargement of Time To Serve the Summons and Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

That the Plaintiff shall have until _May 30, 2007_ to serve the summons and complaint in the above-entitled matter.

Dated: 4-30-07   /s/ _____
                    HONORABLE OLIVER W. WANGER
                    UNITED STATES DISTRICT COURT JUDGE

-2-

Ex Parte Application for Extension of Time to Serve      Case No: 1:06-CV-00612-OWW-SMS