1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

TIMOTHY S. DAUBERT,                    ) 1: 06-cv-00612-OWW-SMS
                                       )
11              Plaintiff,             ) ORDER GRANTING THE MOTION OF
                                       ) DEFENDANT'S COUNSEL TO WITHDRAW
12                                     ) FROM THE CASE (DOC. 31)
                                       )
13      v.                             )
                                       ) ORDER DIRECTING THE CLERK TO
   LINDA JO PALERMO, dba "A-1          ) UPDATE THE DOCKET TO REFLECT
14 Tours & Travel," et al.,            ) DEFENDANT'S PRO SE STATUS AND
                                       ) ADDRESS
15              Defendants.            )
                                       ) INFORMATIONAL ORDER TO DEFENDANT
16 _____ ) RE: COMPLIANCE WITH SCHEDULING
                                         ORDER AND LOCAL RULE 83-182(d)

17

18      Plaintiff is proceeding with a civil action in this Court.

19 The matter has been referred to the Magistrate Judge pursuant to

20 28 U.S.C. § 636(b) and Local Rules 72-302(c)(3) and 72-303.

21      Pending before the Court is the motion of Gary L. Huss of

22 Wild, Carter & Tipton to withdraw as attorney of record for

23 Defendant, filed on December 10, 2007. Plaintiff filed a notice

24 of non-opposition to the motion. In a request for substitution of

25 counsel filed on December 5, 2007, Defendant consented to a

26 substitution of herself for Mr. Huss. By separate order, the

27 Court has vacated the hearing on the motion and has taken the

28 matter under submission.

I. <u>Counsel's Motion to Withdraw</u>

A proof of service establishes that the motion and all related papers were served on Defendant by mail on December 10, 2007; electronic service was effected on Plaintiff on December 10, 2007. In a declaration under penalty of perjury, Mr. Huss states that Plaintiff's address is 2000 North Woodland Street, Visalia, California 93291; her telephone number is (559) 627-6358 or (559) 909-2140 (cell), and her FAX number is (559) 627-6358. He declares that the motion was extensively discussed with Defendant Palermo, who understands that she will be representing herself after the withdrawal of counsel.

The grounds of the motion are that Defendant no longer has the financial means to employ an attorney, does not desire to incur any further legal expenses, and seeks to proceed pro se after the withdrawal of counsel.

Local Rule 83-182 provides that an attorney may request withdrawal if grounds exist pursuant to the Rules of Professional Conduct of the State Bar of California. Rule 3-700(C)(1)(f) and (2) of those rules permits withdrawal if the client breaches an agreement or obligation to the member as to expenses or fees, and/or if continued employment is likely to result in a violation of the rules of the State Bar Act. Rule 3-700(A)(2) requires that a member shall not withdraw from employment until the member has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice and complying with applicable laws and rules.

Here, the declaration establishes that continued employment would likely result in a violation of the rules, namely, a breach

of an agreement or obligation as to expenses or fees. Further, Mr. Huss has advised Defendant of the trial date and all other court deadlines; he states that there are no outstanding discovery issues and no other motions pending.

Good cause having been shown, and in view of the lack of opposition to the motion, the motion of Gary L. Huss to withdraw as Defendant's counsel IS GRANTED.

II. <u>Direction to the Clerk of the Court to Update the Docket to Reflect Defendant's Pro Se Status and Address</u>

Further, because the withdrawal of counsel results in Defendant's proceeding pro se in this action, the Clerk of Court IS DIRECTED TO UPDATE the docket to reflect Defendant's pro se status and last known address of 2000 North Woodland Street, Visalia, California 93291; her telephone numbers, (559) 627-6358 and (559) 909-2140 (cell), and her FAX number, (559) 627-6358.

III. <u>Informational Order to Defendant re: Compliance with the Scheduling Order and the Local Rules</u>

**Defendant is advised that failure to take appropriate legal action may result in serious legal consequences, and consideration of obtaining legal assistance is strongly advised.**

**Defendant is further advised that regardless of whether or not Defendant is represented by counsel, Defendant will be expected to comply with all the requirements and deadlines stated in the Court's scheduling orders of November 5, 2007, and November 28, 2007.[1] As a party appearing <u>in</u> <u>propria</u> <u>persona</u>, Defendant is also required by Local Rule 83-182(d) to notify the Clerk and all other parties of any change of address or telephone**

---

[1] The order of November 28, 2007, corrected the earlier order to reflect a trial date of August 26, 2008.

number.

A failure to comply with an order of the Court may result in a recommendation that the action be dismissed or in other sanctions. Local Rule 11-110.

IT IS SO ORDERED.

Dated:    **January 7, 2008**                    /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE

4