UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
TIMOTHY DAUBERT,                    )
                                    )   1:06-CV-00612 OWW SMS
                                    )
              Plaintiff,            )
                                    )
       v.                           )   ORDER DISMISSING ACTION
                                    )
LINDA JO PALERMO,                   )
DBA A-1 TOURS & TRAVEL,             )
                                    )
                                    )
              Defendant.            )
                                    )
_____)
```

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   July 15, 2008**                         /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

1